UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTT A. LAUF, <br><br> Plaintiff, <br><br> vs. <br><br> SELENE FINANCE, L.P. ET AL, <br><br> Defendant. | Case No. CV-22-067-BLG-KLD <br><br> JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED.

  Dated this 22nd day of June, 2023.

        TYLER P. GILMAN, CLERK

        By: /s/ Annie Puhrmann
        Annie Puhrmann, Deputy Clerk